# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 17, 2015

Mr. Paul D. Hudson
Miller Canfield
277 S. Rose Street
Suite 5000
Kalamazoo, MI 49007

Mr. Lynn Lincoln Sarko
Keller Rohrback
1201 Third Avenue
Suite 3200
Seattle, WA 98101

       Re: Case No. 14-1735, *Marilyn Overall v. Ascension Health, et al*
           Originating Case No. : 2:13-cv-11396

Dear Counsel:

   The Court issued the enclosed Order today in this case.

                                 Sincerely yours,

                                 s/Bryant L. Crutcher
                                 Case Manager
                                 Direct Dial No. 513-564-7013

cc:  Ms. Laurie Bernice Ashton
      Mr. Benjamin Berwick
      Ms. Monya Monigue Bunch
      Ms. Stacey C.S. Cerrone
      Mr. Mark E. Chopko
      Mr. Michael P. Coakley
      Mr. John Dillon Curran

Ms. Karen Ferguson
Ms. Laura Ruth Gerber
Mr. Matthew Michael Gerend
Mr. Ron Kilgard
Ms. Heather M. Mehta
Mr. Michael Todd Mobley
Mr. Robert W. Rachal
Mr. Eric C. Rassbach
Mr. Brian M. Schwartz
Mr. Daniel J. Schwartz
Mr. Howard Shapiro
Ms. Havila C. Unrein
Ms. Helgi C. Walker
Mr. Stephen Wasinger
Mr. David J. Weaver

Enclosure

Case No. 14-1735

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

### ORDER

MARILYN OVERALL

    Plaintiff - Appellant

v.

ASCENSION HEALTH; et al

    Defendants - Appellees.

Upon consideration of the joint motion of the parties to hold the above-styled appeal in abeyance and for a limited remand to the district court for settlement,

It is **ORDERED** that the motion is hereby **GRANTED**. This court retains jurisdiction over this appeal. The appellant is directed to file a status report every 30 days. The first status report is due **April 16, 2015.**

                **ENTERED BY ORDER OF THE COURT**
                Deborah S. Hunt, Clerk

Issued: March 17, 2015