*Overall v. Ascension Health*
Civil No. 13-cv-11396-AC-LJM
_____

*Index of Exhibits to*
*Plaintiff's Motion for Preliminary Approval*

Declaration of Lynn L. Sarko

    Exhibit 1    Class Action Settlement Agreement

        Exhibit 1    [Proposed] Order Preliminarily Approving Settlement, Notice Procedures and Confirming Final Settlement HearingPre Approval Order

            Exhibit A    Notice of Proposed Settlement of ERISA Class Action Litigation, Settlement Fairness Hearing, and Motion for Attorneys' Fees and Reimbursement of Expenses

        Exhibit 2    [Proposed] Order and Final Judgment